IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAD ALLEN CAMPANARO,<br>Plaintiff | : | Civil Action No. 3:12-CV-1527 |
| v. | : | **FILED**<br>SCRANTON |
| | : | (Judge Nealon) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant | : | (Magistrate Judge Cohn)    AUG 28 2014<br><br>PER _____<br>DEPUTY CLERK |

## ORDER

On August 6, 2012, Plaintiff, Brad Allen Campanaro, filed a complaint seeking review of the Commissioner of the Social Security Administration's ("Commissioner") denial of his application for disability insurance benefits and supplemental security income. (Doc. 1). Following briefs being filed on the matter by both parties, a Report was issued by United States Magistrate Judge Gerald B. Cohn on May 6, 2014 recommending that the decision of the Commissioner denying Plaintiff benefits be vacated and the case be remanded for further development of the record. (Doc. 17). On August 11, 2014, Defendant notified the Court via letter that Defendant did not object to the Magistrate Judge's recommendation, and on August 12, 2014, Plaintiff also notified the Court that he did not object to the recommendation. (Docs. 18-19). Accordingly, Magistrate Judge Cohn's Report will be adopted.

NOW, this 28th day of August, 2014, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation, (Doc. 17), is **ADOPTED**;

2. Plaintiff's appeal of the Commissioner's decision, (Doc. 1), is **GRANTED**;

3. The Commissioner's decision denying Plaintiff social security disability insurance benefits and supplemental security income is **VACATED**;

4. This matter is **REMANDED** in accordance with the Report and Recommendation to develop the record fully, conduct a new administrative hearing, and

appropriately value the evidence; and

5. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**